111 F.3d 135
 NOTICE: Eighth Circuit Rule 28A(k) governs citation of unpublished opinions and provides that they are not precedent and generally should not be cited unless relevant to establishing the doctrines of res judicata, collateral estoppel, the law of the case, or if the opinion has persuasive value on a material issue and no published opinion would serve as well.
Gary R. LILLEY, on behalf of himself and all holders of
Missouri Defense Bonds issued during the Civil
War, Appellant,
Donna M. Hoback, Plaintiff,
v.
STATE of Missouri; Missouri Board of Fund Commissioners;
Dick Hanson, in his individual capacity and in his official
capacities as Missouri Commissioner of Administration and
Member of the Board of Fund Commissioners; Bob Holden, in
his individual capacity and in his official capacities as
Missouri Treasurer and Member of the Board of Fund
Commissioners; Margaret Kelly, in her individual capacity
and in her official capacities as Missouri State Auditor and
Member of the Board of Fund Commissioners; Keith Thornburg,
in his individual capacity and in his official capacity as
the legal representative of the Auditor of the State of
Missouri; Jeremiah W. Nixon, in his individual capacity and
in his official capacities as Missouri Attorney General and
Member of the Board of Fund Commissioners; Mel Carnahan, in
his individual capacity and in his official capacities as
Governor of the State of Missouri and Member of the Board of
Fund Commissioners; Roger W. Wilson, in his individual
capacity and in his official capacities as Missouri
Lieutenant Governor and Member of the Board of Fund
Commissioners, Appellees.
 No. 96-2132.
 United States Court of Appeals, Eighth Circuit.
 Submitted Jan. 20, 1997.
Filed April 14, 1997.
 
 Appeal from the United States District Court for the Eastern District of Missouri.
 Before HANSEN, MORRIS SHEPPARD ARNOLD, and MURPHY, Circuit Judges.
 PER CURIAM.
 
 
 1
 Gary Lilley appeals the district court's[1] dismissal of his multi-count, civil rights action arising out of the State's refusal to redeem his Civil War Defense Bond. Having carefully reviewed the record and the parties' submissions on appeal, we conclude that the district court's judgment was clearly correct and that an extended discussion is not warranted. Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B. MORRIS SHEPPARD ARNOLD, Circuit Judge, dissents.
 
 
 
 [1]
 The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri